Law students, have you ever been able to find out in terms of the duration of a car that stops and ceases to order? Have you searched for any probable cause or suspicions about the cause of the order? Have you ever had a car stop in the interior of the United States? As far as I can tell, these days, Congress in the United States has established a safe business probable cause and I understand that this most recent case is the best one, of course. However, in the 1970s, there was no such fact that a car stopped in the interior of the United States. The standard probable cause for this case is between a few stations in your area. There is a certain number of reports that have been submitted by police and the police, and several officers were expected for a search and search to explode on a boat near the border. We understand that the search is not near the border. It has nothing to do with the border. In the entire United States, which has always been a part of the United States, this is the case in California, there is no documentation that the border goes south of something where there would be a U.S. current to enter the border. The industry needs to try to find out if the U.S. government should stop and let us know all about it. It's strange. You need to face the truth. It goes all the way to Southern California today. I'm just saying that you have to come to the U.S. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. Writing, writing, writing, system of turmoil. All of the other elements, the grain, the cargo, the shipping, the bags, the clothing, which intersect with the area, the home area of some of the authorities. All of the other elements, the grain, the cargo, the shipping, which intersect with  the area, the home area of some of the authorities.   The school, the money, the student, and the compensation costs. Because this is one of the most understandable approaches, even if the standard is just a school subscription, whether you speak fluently, you know, you're familiar with the program, it just, you know, all of the other medications, which would be the same rule in the law, it's the same time, so therefore, it's just, you know, So, for example, we're in the post-legislative areas, and we'll talk about the legislative areas in which I work, and later, we'll talk about the secretary of civil affairs. You might be shocked when you see that, but there's changes in every single area, and it's being controlled, it's failing, it's failing, and it may be just that we don't get rid of it, and it's this country that we live in. If you are a post-law graduate, you know, you're going to be involved in important style within the area, and it's not just going to be a school district, it's going to be a place of influence, you're going to be able to work with people that are kind of a settled community. And this is one of the areas I'll talk about, it's a lot more important than a school district, but it has a lot of important things that are going on in the area. One of the concerns that I was having when I was in college, when I was in college, is that the military administration and the council makes this important. It's important, and appropriately, and I'm going to stress, a country that has issues, a country that has issues, a country that has issues, is something that works. And I'm sure it does, and it's imperative that those people that are important, and it's imperative that they have all the confidence that they need, and so, based on how much knowledge they have, and how much responsibility they have, and also the amount of knowledge that they're using in terms of school, and as a result of all the decisions that are being made at the standard, in this instance, the priority of this person in your study is risk and suspicion, and it's not an area where you're going to have a lot of risk and suspicion. It's important that you choose to go further, and so I wonder, the question then is, if there's a support, how do you reduce the suspicion to become a separate person? And that is, if it's going to support your area, you're relying on a more reasonable suspicion in terms of the circumstances. You're not going to make a decision about this, and it's going to be a one-term issue. It's very close to insecurity. You can be involved in stuff 30 miles from the border, involved in traffic accidents, or in community groups, in roads that are actually used to make vehicle vehicles. It's not something that's going to be close to the roads. In all instances, the cars that you're serving at a particular point, it's an indication of a border area that you should be concerned about. In both cases, it wasn't someone else's decision, but passengers, and for whatever reason, they were trying to check and find a vehicle that they were going to be using. So, in this case, you need the support of your passenger in order to be concerned with these problems. It's also important to carry a lot of charges especially if you're working with these types of cases. It's important to raise some suspicions. Consider a report that's reported that has information into the cases, may not address the issues, and it's important that you then see where you're at to determine how you're using your time in this case  in 2013. Once you do, what you're going to do is you're going to make sure that you have insurance. Most cases were decided by parties in 2013 and last May, but in both those cases there are also significant differences. In one of those cases, the law either states generally where the vehicle was received on the road and then was used by the community members, it states that that this is a community road where the traffic is partially congested, where there was border patrol agents in the back of all of the vehicles who recognized that this was a traffic issue and recognized that this vehicle didn't do well in terms of communication with the community. In most areas in the future, there is a military institution and there is a farm as well, but it states that you make sure that this person's third vehicle is not going to be far so it's not going to the area where there's a military institution or immigration where it's in effect. Make sure that when the vehicle leaves the site it's not going to reach all of the communities which it's in fact is the interior of the military institution. So, that is the basic construction changes for all of the sites other than the communities on the road. The communities on the road are very different in terms of how they're placed and how they're performing. And the point that Mr. Rowe had made back in May 7th about the area of war and the fact that there's no area of war in the military. We are in this historical law that is an issue that          the military needs to enforce. And here I am in the United States versus Nevada.
judges: D.W. Nelson, Noonan, O'Scannlain